IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RUSSELL L. RUCKS, JR.,

Defendant.

4:22CR3030

INDICTMENT

21 U.S.C. § 846
21 U.S.C. § 841(a)(1) & (b)(1)
18 U.S.C. § 2
21 U.S.C. § 853

The Grand Jury Charges:

## COUNT I

Beginning on or about April 1, 2021, and continuing to on or about August 12, 2021, in the District of Nebraska and elsewhere, Defendant RUSSELL L. RUCKS JR. did knowingly and intentionally combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about August 12, 2021, in the District of Nebraska, Defendant RUSSELL L. RUCKS, JR. did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1); and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts I and II of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, conspiracy to distribute cocaine and fentanyl and Title 21, United States Code, Section 841(a)(1), (b)(1), possession with intent to distribute cocaine, Defendant RUSSELL RUCKS, JR. shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

    a. A total of about $5,084 in United States currency seized from RUSSELL RUCKS JR.'s person and 500 Surfside Dr. #24, Lincoln, Nebraska on or about August 12, 2021.

3. If any of the property described above, as a result of any act or omission of Defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney